EEOC No. 425-2025-00590 | FEPA No.

# CHARGE OF DISCRIMINATION

Form 5 (06/24)

This form is affected by the Privacy Act of 1974.
See attached Privacy Act Statement and other information before completing this form.

| CHARGE PRESENTED TO: | AGENCY CHARGE NO. |
|---|---|
| EEOC | 425-2025-00590 |

Name *(indicate Mr., Ms., Mrs., Miss, Dr., Hon., Rev.)*: David A. Drieling

Phone No.:        (404) 295-2156

Year of Birth:     1984

Mailing Address: 9625 Theriot Avenue #A

Vancleave, MS 39565

Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency that I believe discriminated against me or others.

Name: Hooters

No. Employees, Members: 101 - 200 Employees

Phone No.: (228) 864-1185

Mailing Address: 9495 US 49

GULFPORT, MS 39503, UNITED STATES OF AMERICA

Name:

No. Employees, Members:

Phone No.:

Mailing Address:

DISCRIMINATION BASED ON:

Race, Relationship/Association, Retaliation, Sex

DATE(S) DISCRIMINATION TOOK PLACE

Earliest: 11/16/2024

Latest: 11/16/2024

THE PARTICULARS ARE:

I began working for the Respondent in July 2024 as a Front of the House Manager. In or around mid-to-late August 2024, Tony LNU (Cook), Ricky LNU (Cook), and Josh LNU (Cook) began making threats and harassing comments toward me based on my sexual orientation. Specifically, in August 2024, they called me a "faggot" and referred to me as a "bitch."  On or around November 10, 2024, these three individuals began calling me a "nig*er fuc*er" and said "once you go Black you never go back" after my partner came to the Respondent's location as a patron. I made verbal complaints to the Owner, the General Manager and the Front of the House Manager, and no action was taken.  I called the police to come to the Respondent's location on November 15, 2024, because of the ongoing harassment. On November 16, 2024, my employment was terminated.

I was retaliated and discriminated against based on my sex (sexual orientation), and race (association with a Black individual). I assert actions arising from Title VII of the Civil Rights Act of 1964, as amended.

EXHIBIT A

EEOC No. 425-2025-00590 | FEPA No.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct, and that I have read each page of this form.

Digitally Signed By: David A. Drieling

03/04/2025

Charging Party Signature & Date

If a state or local Fair Employment Practices Agency (FEPA) requires notarization, you may need to sign the charge in the presence of a notary. If so, please do so here.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information, and belief.

Notarized Signature of Charging Party

Subscribed and sworn to before me this date:

Signature of Notary_____

Printed Name _____